# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2019

## NO. 03-19-00260-CV

**J. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on April 8, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.